**German American Savings Loan and Building Association et al., Appellants, v. John C. Trainor et al., Appellees.**

### Gen. No. 18,902.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed January 13, 1914.

### Statement of the Case.

This is an appeal by complainant, German American Savings Loan and Building Association, from an order fixing the amount of master's fees. The record contains over sixteen hundred pages of typewritten testimony and pleadings and exhibits. Portions of the testimony was taken by three different masters when later the cause was referred to another master to take additional evidence and report his conclusions of law and fact upon all the testimony taken in the case. From an order fixing the fee of the master at nine hundred and seventy-five dollars, and directing that sum between the parties, complainant and defendant, equally, complainant appeals.

Charles B. Stafford, for appellants.

John W. Ellis, *pro se.*

Mr. Presiding Justice Smith delivered the opinion of the court.

## Abstract of the Decision.

1. Equity, § 404*—*when master's fees not excessive.* Allowance of nine hundred and seventy-five dollars as master's fees *held* not excessive.

2. Appeal and error, § 1208*—*cross-errors.* Cross-errors assigned by a person not a party to the cause will not be considered.